**STATE of Missouri, Plaintiff/Respondent,**

v.

**Leroy NASH, Defendant/Appellant.**

**No. 65643.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 26, 1995.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, C.J., SIMON, J., and CHARLES B. BLACKMAR, Senior Judge.

## ORDER

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of Forcible Rape in violation of § 566.030 RSMo (Cum.Supp.1993) on which he was sentenced to 32 years of imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).